UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C&C OFFSET PRINTING CO. (USA), INC., <br> Plaintiffs, <br> v. <br> LONE PINE PUBLISHING COMPANY, <br> Defendant, <br> v. <br> AMAZON.COM, INC., <br> Garnishee. | Case No. MC20-0020RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Lone Pine Publishing Company, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Amazon.com, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiffs' counsel on March 6, 2020, at Dkt. # 1-3.

Dated this 11th day of March, 2020.

*MM S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT